IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE NIEBLA,
          Plaintiff,

vs.                            Case No. 3:08cv34/RV/EMT

MILES DAVIS,
          Defendant.
_____/

# O R D E R

       This cause is before the court on Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983 (Doc. 1). The court notes that Plaintiff has neither paid the filing fee or submitted a motion to proceed in forma pauperis. Before this matter may proceed, Plaintiff must either pay the fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed motion and attachments.

       Accordingly, it is **ORDERED**:

       1.     The clerk shall send to Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

       2.     Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall (1) pay the filing fee of $350.00, or (2) submit a fully completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, including an attached computer printout of the transactions in his prison account.

       3.     Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 25<u>th</u> day of January 2008.


         <u>/s/ *Elizabeth M. Timothy*     </u>
         **ELIZABETH M. TIMOTHY**
         **UNITED STATES MAGISTRATE JUDGE**